■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE R. ALBANESE and SCOTT A. MCDOWELL, Appellants. — Two judgments (one as to each defendant) of the County Court, Suffolk County (Tanenbaum, J.), rendered June 5, 1981, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5), with respect to defendant Albanese. Brown, J. P., Niehoff, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ARGENTINA and MARIO ARGENTINA, Appellants. — Two judgments (one as to each defendant) of the Supreme Court, Kings County (Kay, J.), both rendered November 30, 1981, affirmed. No opinion. Case remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRUZ BAEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Savarese, J.), rendered November 17, 1980, convicting him of criminal possession of a weapon in the second degree, upon a guilty plea, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. The defendant was contacted by counsel and asked what issues he wished raised. He has failed to offer any. Counsel is granted leave to withdraw as counsel (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Lazer, J. P., Gulotta, Brown and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP C. CHASE, Appellant. — Judgment of the County Court, Orange County (Ingrassia, J., at plea and sentence; Isseks, J., on the suppression motion), rendered January 22, 1980, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, Thompson and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DI GUGLIELMO, Appellant. — Judgment of the Supreme Court, Richmond County (Broomer, J.), rendered June 4, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Brown, J. P., Niehoff, Rubin and Boyers, JJ., concur.